IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  09-cv-00471-RPM

RUSSEL McKEEHAN,

    Plaintiff,

v.

VERIZON BUSINESS HEALTH AND WELFARE PLAN,
an employee benefit plan, and
ZURICH AMERICAN INSURANCE COMPANY,

    Defendants.

_____

ORDER SETTING CONFERENCE ON ERISA PROCEDURAL ISSUES
_____

Pursuant to the joint statement filed by counsel on November 17, 2009, it is

ORDERED that a conference on ERISA procedural issues is set for **December 18, 2009, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

Dated: November 20, 2009

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____

                              Richard P. Matsch, Senior District Judge