IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 09-cv-00471-RPM

RUSSEL McKEEHAN,

    Plaintiff,

v.

VERIZON BUSINESS HEALTH AND WELFARE PLAN,
an employee benefit plan, and
ZURICH AMERICAN INSURANCE COMPANY,

    Defendants.

---

## ORDER FOR DISMISSAL

---

Pursuant to the parties', Defendants Zurich American Insurance Company, Verizon Business Health and Welfare Plan, and Plaintiff Russell McKeehan, Joint Stipulation for Dismissal With Prejudice [34], it is

ORDERED that this matter is dismissed with prejudice, each party to bear their own costs and attorney's fees.

DATED: April 28th, 2010

        BY THE COURT:

        s/Richard P. Matsch

        Richard P. Matsch, Senior District Judge